UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AKEEM FRAZIER

Attorney: NKEREUWEM UMOH
Index No. 07 CV 5692

Plaintiff(s)

- against -

**AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, ET AL

Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS   Ss:
CARLOS CASTRO   BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on AUGUST 13, 2007 AT 9:52 AM AT 100 CHURCH STREET, 4TH FLOOR, NEW YORK, NY 10007 deponent served the within AMENDED SUMMONS & COMPLAINT on NEW YORK POLICE DEPARTMENT therein named,

**INDIVIDUAL A** ____ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ____ (S) He identified (her) himself as such.

**CORPORATION B   X** a (domestic) (foreign) corporation by delivering thereat a true copy of each to **MADELYN SANTANA** personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be **AUTHORIZED TO ACCEPT** thereof

**SUITABLE AGE PERSON C** ____ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ____ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR ETC. D** ____ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ____ Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient at            and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 25-35 | 5'3-5'6 | 100-120 |

**MILITARY SERVICE** ____ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT** ____ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

Sworn to before
me on the 14TH DAY OF AUGUST, 2007

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4597425
Qualified in New York County
Commission Expires July 19, 2008

CARLOS CASTRO
LICENSE No. 1021960

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
AKEEM FRAZIER

Attorney: NKEREUWEM UMOH  
Index No. 07 CV 5692

Plaintiff(s)

- against -

**AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, ET AL

Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS    Ss:  
CARLOS CASTRO    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JULY 24, 2007 AT 11:58 AM AT 100 CHURCH STREET, 4TH FLOOR, NEW YORK, NY 10007 deponent served the within AMENDED SUMMONS & COMPLAINT on CITY OF NEW YORK therein named,

**INDIVIDUAL A** ___ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ___ (S) He identified (her) himself as such.

**CORPORATION B** _X_ a (domestic) (foreign) corporation by delivering thereat a true copy of each to **MADELYN SANTANA** personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be **AUTHORIZED TO ACCEPT** thereof

**SUITABLE AGE PERSON C** ___ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ___ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR ETC. D** ___ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 25-35 | 5'3-5'6 | 100-120 |

**MILITARY SERVICE** Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT** The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons(es).

Sworn to before me on the 25TH DAY OF JULY, 2007

MICHAEL SMITH  
Notary Public, State of New York  
No.01SM____  
Qualified in New York County  
Commission Expires July 19, 2008

CARLOS CASTRO  
LICENSE No. 1021960