

# MEMO ENDORSED

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

## LAW DEPARTMENT
100 Church St.
New York, NY 10007

**PRATHYUSHA REDDY**
*Assistant Corporation Counsel*
Tel: (212) 788-0963
Fax: (212) 788-9776

September 20, 2007

*Adjourned to 11/8/07 @ 2:00 P.M.*

**BY HAND**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:
Date: 9/20/07  /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

Re:   Akeem Frazier v. City of New York, et al., 07 CV 5692 (RMB)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for defendants City of New York and the New York City Police Department.[1] I write to respectfully request an adjournment of the initial conference that is currently scheduled for October 18, 2007, at 9:15 a.m., as I will be out of the country on that date. Plaintiff's counsel, Mr. Nkereuwem Umoh, consents to this request.

      The parties have conferred on the matter and hope that one of the following proposed dates will be amendable to the Court's schedule:

      November 8, 2007, after 12 p.m.

      November 9, 2007, anytime.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07
```

---

[1] Although NYPD is named as a defendant in this action, defendants note that NYPD is a non-suable entity. <u>Wray v. City of New York</u>, 340 F. Supp. 2d 291, 303 (2004).

Thank you in advance for your consideration herein.

Respectfully submitted,

Prathyusha Reddy (PR 5579)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **BY FAX (718) 360-1916**
Nkereuwem Umoh, Esq.
Attorney for Plaintiff
255 Livingston Street
4th Floor
Brooklyn, NY 11217