UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Frazier         Plaintiff(s),                **Case Management Plan**

    - v -                                    07 CV. 5692 (RMB)

NYC et al       Defendant(s).
------------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by  12/8/07

(ii)   Amend the pleadings by  12/8/07

(iii)  All discovery to be **expeditiously** completed by  3/10/08 (Fact + Expert)

(iv)   Consent to Proceed before Magistrate Judge

(v)    Status of settlement discussions  3/11/08 @ 9:30 A.M. with principals  demand has been conveyed

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)    Trial

(xi)   Other

SO ORDERED: New York, New York
            11/8/07



Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/07