UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

AKEEM FRAZIER,                          :
                                        :
                    Plaintiff,          :    07 Civ. 5692 (RMB)
                                        :
            -against-                   :    **ORDER OF DISCONTINUANCE**
                                        :
CITY OF NEW YORK, et al.,               :
                                        :
                    Defendants.         :
------------------------------------------------------------X

    Based on Plaintiff having indicated in a letter, dated December 7, 2007, that the parties

have reached a settlement agreement, it is hereby

    **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

    The conference scheduled for 9:30 a.m. on Tuesday, March 11, 2008 is vacated as moot.

**SO ORDERED**.

Dated: New York, New York
       December 11, 2007

                                            _RMB_
                                            _____
                                            **Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2007