**UWEM UMOH**
ATTORNEY AT LAW
255 LIVINGSTON STREET, 4ᵀᴴ FLOOR,
BROOKLYN, N.Y. 11217

TEL: 718-310-3…   EMAIL: numoh@umohlaw.com   FAX: 718.360.1916

**MEMO ENDORSED**

**RECEIVED DEC 1 0 2007 CHAMBERS OF RICHARD M BERMAN U.S.D.J**

> OK to amend caption
>
> SO ORDERED:
> Date: 12/11/07
> Richard M. Berman, U.S.D.J.

**BY FIRST CLASS MAIL**

December 7, 2007

The Honorable Richard Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>Re: Akeem Frazier v. City of New York, et al.</u>
<u>Civ. Action No. 07 CV 5692 (Berman, J.)</u>

Your Honor:

    I represent the plaintiff in the above entitled action and write the court seeking leave to amend the caption of the complaint.

    The parties have settled the action, however, as the plaintiff is a minor the action should have been brought by parent or guardian on his behalf. Opposing counsel consents to this request.

    Thank you in advance for your consideration herein.

Respectfully,

NKEREUWEM UMOH (NU 7233)

Cc: Prathyusha Reddy, Esq., counsel for the defendants, by fax and first class mail.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2007